INC., Bankrupt, and Another, Respondents.— Order dated January 19, 1923, granting stay, amended by adding to title of same the action of Harry L. Allen, as trustee, etc., v. Helen Stone and others. [See 205 App. Div. 863.]

IOLANDA GELORMINI, as Administratrix, etc., Respondent, v. THEOPHILUS OTTO, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

RUTH BURNS MCMILLEN, Respondent, v. ELIAS BUSH GUILE, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and briefs by April twenty-first and shall be ready to argue the appeal at the opening of the May term.

FRANK S. CLIFT, Respondent, v. ROSITA CLIFT, Appellant.— Motion granted and appeal dismissed, with costs.

JOHN DELMAGE, Appellant, v. CHURCHILL GRAIN AND SEED COMPANY and Another, Respondents.— Appeal dismissed unless appellant shall file and serve printed papers by April 10, 1924.

ALICE F. TOWER-WAGGONER, Appellant, v. THEODORE F. MORLEY, Respondent.— Appeal dismissed unless appellant shall file and serve printed papers by April 10, 1924.

In the Matter of the Application of FRANK P. WOLFE, as Executor, etc., for the Judicial Construction of the Will of URSULA TURNER, Deceased.— Motion for reargument granted. The record does not disclose the asserted death of all the brothers and sisters of testatrix before the death of the life tenant. Whether evidence of that fact will be received on the reargument is not now determined.

HORACE O. DILLINGHAM, as Administrator, etc., of MAUDE L. DILLINGHAM, Deceased, Respondent, v. PERCY A. SOLLOU, Defendant, Impleaded with EVA SOLLOU, Appellant.— Judgment and order affirmed, with costs. All concur.

HENRIETTA J. GLASS and Others, as Joint Administrators, etc., of EDGAR P. GLASS, Deceased, Respondents, v. ROSAMOND GIFFORD, Appellant.— Judgment and order affirmed, with costs. All concur; Crouch, J., not sitting.

FRANCESCA CASSALIA, as Administratrix, etc., of PASQUALE CASSALIA, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Crouch, J., who dissents and votes for reversal.

FLOYD KENT, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

WATERTOWN BUSINESS MEN'S ASSOCIATION, INC., Respondent, v. FRED A. GREEN, Appellant.— Judgment affirmed, with costs. All concur.

ANDREW MEZYDLO, Respondent, v. EDWARD SMITH PACKING COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

DOMINICK ALOISIO, Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to appellant to abide event, on the authority of *Sinincrope* v. *Hartford Fire Ins. Co.* (207 App. Div. 114). All concur.

DOMINICK ALOISIO, Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK.— Appeal from order denying motion for new trial on ground of newly-discovered evidence dismissed, without costs.

BARRON G. COLLIER, INC., Appellant, v. ELLEN C. LANE, Respondent.— Order affirmed, with costs. All concur.